**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRIDGET ANTONIA MCINTOSH,

                Plaintiff,                        20 **CIVIL** 7354 (OTW)

       -v-                                     **<u>JUDGMENT</u>**

KILOLO KIJAZAKI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated July 1, 2022, Plaintiff's motion for judgment on the pleadings is GRANTED and the Commissioner's motion for judgment on the pleadings is DENIED.

**Dated:**  New York, New York
            July 5, 2022

                                                                     **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                       **BY:**        *K. Mango*

                                                                     **Deputy Clerk**